# Court of Appeals
# of the State of Georgia

ATLANTA,____May 10, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1516.  CRESHENDA MCCASKILL v. SELENCE FINANCE.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling in the magistrate court, Creshenda McCaskill appealed to the superior court.  The superior court issued its final order incorporating the parties' mediation agreement, in which the parties agreed McCaskill would vacate the property.  Thereafter, McCaskill filed this direct appeal.  We, however, lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, McCaskill was required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  McCaskill's failure to follow this procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,____05/10/2016____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*